### 2921. SHOCKLIN *v.* THE STATE.

HILL, C. J. 1. The ground added by amendment to the motion for a new trial is not verified or approved, and will not be considered. *Henderson v. State,* 7 *Ga. App.* 810 (68 S. E. 333).

2. In the brief submitted (the case having been argued by brief alone) no reference is made to the general grounds of the motion; hence, they will be treated as abandoned. *Judgment affirmed.*

DECIDED OCTOBER 14, 1910.

Indictment for aiding escape; from Warren superior court—Judge Meadow. August 29, 1910.

*L. D. McGregor,* for plaintiff in error.

*Thomas J. Brown, solicitor-general,* contra.

---

### 2681. BEAM *v.* FLOYD COUNTY FARMERS UNION (INC.).

HILL, C. J. 1. The capital stock of a corporation is a trust fund for the benefit of stockholders and creditors, and no officer of the corporation has authority to release any subscriber to the stock from payment of his subscription. Cartwright *v.* Dickinson, 88 Tenn. 476 (12 S. W. 1030, 7 L. R. A. 706, and cases cited in note, 17 Am. St. R. 910); Putnam *v.* New Albany etc. R. Co., 16 Wall, 390 (21 L. ed. 361).

2. The evidence demanded the verdict directed. *Judgment affirmed.*

DECIDED NOVEMBER 11, 1910.

Complaint; from city court of Floyd county—Judge Hamilton. March 28, 1910.

*M. B. Eubanks,* for plaintiff in error.

*J. L. Johnson Jr., Lipscomb, Willingham & Wright,* contra.